JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
EVELINA MANUKYAN (State Bar No. 233262)
exm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a United States Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally Chartered Private Corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware Limited Liability Company; OLD REPUBLIC TITLE COMPANY, a California Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 - 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-cv-00275-CAS-JC<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE** |

| | |
|---|---|
| 1 | Plaintiff CAL WEST HOME AND INVESTMENTS, LLC ("Plaintiff") and Defendants EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a United States Corporation ("Defendants"), by and through their attorneys of record in this case, hereby stipulate and agree that: |

WHEREAS, Plaintiff filed the instant action in the Superior Court of California, County of Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ("Action");

WHEREAS, Defendant Federal Home Loan Mortgage Corporation removed the Action to the United States District Court, Central District of California on January 14, 2013 (Case No. 2:13-cv-00275-CAS-JC);

WHEREAS, removal to the United States District Court, Central District of California was in error, since County of Fresno does not fall within the jurisdiction of the Central District of California;

WHEREAS, on January 15, 2013 Defendant Federal Home Loan Mortgage Corporation properly removed the Action to the United States District Court, Eastern District of California-Fresno Division (Temporary Case No. 1:13-at-00020);

WHEREAS, Parties stipulated to dismiss the Action pending in the United States District Court, Central District of California (Case No. 2:13-cv-00275-CAS-JC) and proceed before the United States District Court, Eastern District of California-Fresno Division;

WHEREAS, the Court having approved the parties' Stipulation;

NOW THEREFORE, based on the parties' Stipulation and good cause appearing, the above captioned Action is hereby dismissed.

**IT IS SO ORDERED.**

DATED: January 17, 2013

*Christina A. Snyder*
_____
Hon. Christina A. Snyder

ORDER GRANTING STIPULATION TO DISMISS CASE

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On January 16, 2013, I served true copies of the following document(s):

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE**

on the interested parties in this action as follows:

Patrick D. Toole
Troy T. Ewell
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Tel: (559) 233-4800
Fax: (559) 233-9330
E-mail: ptoole@wjhattorneys.com
E-mail: tewell@wjhattorneys.com

Attorneys for Plaintiff Cal West Homes & Investments. LLC

OLD REPUBLIC TITLE COMPANY
C/O Agent for Service of Process: Lisa G. Garcia
275 Battery Street, Suite 1500
San Francisco. CA 94111

Daniel and Tanue Westfall
4554 E. Olive Avenue
Fresno, CA 93702

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 16, 2013, at San Francisco, California.

Angela L. Eure

ORDER GRANTING STIPULATION TO DISMISS CASE